IN THE UNITED STATES DISTRICT COURT  For the
DISTRICT OF MASSACHUSETTS

Joseph Moakley U.S. Courthouse 1 Courthouse Way - Suite 2300 Boston,
MA 02210


Judith Wilson

Plaintiff,

    vs.

The Massachusetts Department
Of Children and Families,

Defendant.

_____/

## COMPLAINT FOR UNALIENABLE RIGHTS VIOLATION

COMES NOW, The Plaintiff Judith Wilson, Pro Se, files her complaint
against the Defendant, The Massachusetts Department Of Children and
Families for violation of her first amendment sincerely held religious
belief/practice and Fourteenth amendment Equal Protection under  the law
violations. She states as follows.

## JURISDICTION

Plaintiff invokes this Court's jurisdiction under the First and Fourteenth
amendments of the United States Constitution.

## PARTIES

1

1. The Plaintiff is an individual Massachusetts resident with an address of P.O. Box 378, Lynn, MA 01903.

2. The Defendant is the Massachusetts Department of Children & Families, 600 Washington St, 6th Floor, Boston, MA 0211.

3. Plaintiff worked at DCF on or about 1989 – 1991/1992, as an Ongoing Social Worker and again, 2014 -2016, with the same title. A work that she was enthusiastic about, serving vulnerable families. Her desire to serve and help others inspired her to go back to DCF a third time in 2021, as a new supervisor. Sadly, she was terminated for exercising her 1st and 14th Amendments for her religious beliefs. Plaintiff was devastated because she was in the process of finally purchasing a house - a place she could call home. Not only was she fired but denied the opportunity to claim unemployment benefits. This was an added layer of punishment to her just because she was exercising her right to exercise her religious belief. She had to seek legal counsel and spend money out of pocket that was a financial burden. Plaintiff's mental health was shaken, her financial resources (savings) were exhausted, and she became food insecure. She suffered undue stress and hardship from DCF's decision to fire her for not wanting to take the COVID 19 Shot "vaccine" against her religious belief. The experience had a serious impact on her life. Her housing was at stake. She had sleepless nights, heart palpitations and controllable spells of crying. Her situation was dire. She had to request help for groceries and health coverage from the state. Additionally, she had to resort to using her Credit Card to help provide for some of her needs. She did nothing wrong

but was treated like a criminal.

2

4. Plaintiff tears had become her best friend from being fired from DCF. Her future plans were dashed. The stress was unbearable. No one understood the deep pain and fear she was experiencing, especially the threat of losing her housing. Only she knew the deepness of this pain and heartache. Plaintiff still has not recovered financially, almost 3 years later for doing nothing wrong.

5. Plaintiff is a devoted Christian, who adheres to very strict biblical practices, one of those practices forbids her from taking any kinds of vaccinations into her body, which is referred to in Scriptures as the temple of the Most High, see **1 Corinthians 6:19**- *"What? know ye not that your body is the temple of the Set Apart Spirit which is in you, which ye have of The Most High, and ye are not your own"*?. Yet the Covid 19 experimental jab aka, "the Covid 19 vaccination was forced upon her against her will. She was punished for not obeying such unconstitutional action, and thus suffered many injuries for this action perpetuated by the Defendant. Therefore this Court should order the Defendant to compensate her for her many injuries that will be outlined in her wherefore clause below.

## BACKGROUND HISTORY

6. Governor Charles D. Baker signed Executive order 595 "E.O. 595", on or about August 19, 2021, which required all employees of the Commonwealth's Executive branch to submit proof of full vaccination against Covid 19. This proof was expected to be submitted by October 17, 2021, as a condition of continued employment. The Governor via the

Executive Order 595 directed the Human Resource Division to issue policy with a set of procedures to allow some employees to have 'limited

3

exemptions" from the Covid 19 jab/vaccination, where reasonable accommodation can be reached for certain employees who are unwilling to  receive COVID-19 vaccination due to a sincerely held religious belief.

7. On or about September 19, 2021, the Plaintiff requested this religious exemption. On or about October 26, 2021, the Defendant denied Plaintiff's religious exemption.

**COUNT I -FIRST AMENDMENT RELIGIOUS BELIEFS  VIOLATION BY DEFENDANT, THE MASSACHUSETTS DEPARTMENT  OF CHILDREN AND FAMILIES.**

8. Plaintiff brings one count of First amendment religious beliefs practices against Defendant, the Massachusetts Department of Children and Families. The First Amendment states, *"Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances".*

NOT EVEN CONGRESS CAN INTERFERE WITH RELIGIOUS PRACTICES. This is backed up by The Religious Freedom Restoration Act of 1993, Pub. L. No. 103-141 Stat. 1488 (November 16, 1993), codified at 42 U.S.C. 2000bb through 42 U.S.C. 2000bb-4 (also known as REFA), is a 1993 United States Federal Law that ***"ensures that interests in religious freedom are protected".***

9. The Defendant by trying to force upon Plaintiff its Covid 19 jab/vaccination against her strictly held religious beliefs. Practices, and then punishes her for refusing the jab/vaccination by terminating her

4

employment with the agency clearly violates this First amendment religious right, which is protected by the United States Republic Constitution. For this count, the Defendant shall be held liable.

## COUNT 2 -FOURTEENTH AMENDMENT EQUAL PROTECTION UNDER THE LAW VIOLATION BY DEFENDANT, THE MASSACHUSETTS DEPARTMENT OF CHILDREN AND FAMILIES.

10. The Plaintiff brings a second count against the Defendant, the Massachusetts Department of Children and Families for violation of the Fourteenth Amendment "equal protection clause'. The Fourteenth amendment states.

Section 1.

*All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction **the equal protection of the laws**.*

11. The Defendant totally discriminated  against the Plaintiff by denying her the right of religious exemption.This is a violation of the 'equal protection clause under the  Fourteenth amendment. For this violation, the Defendant should be held  liable to Plaintiff.

5

12. Plaintiff had plead a short plain complaint upon which relief should be granted,


WHEREFORE, the Plaintiff moves this honorable Court to GRANT her the relief that she sought in this complaint or whatever this Court deems just and equitable for the ongoing sufferings she goes through constantly daily.


Defendant:

Massachusetts Department of Children and Families
600 Washington St, 6th Floor,
Boston, MA 02111
(617) 748-2000


Plaintiff: *Judith Wilson*
Judith Wilson
 P.O. Box 378
Lynn, MA 01903-0478
(781) 913-5759